AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mullins, Coleman R. | U.S. Bankruptcy Court N.D. Georgia | 06/25/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Court Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Richard B. Russell Federal Building
75 Spring Street, SW
Room 1270
Atlanta, Georgia 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director-Emeritus | St. Jude's Recovery Center, Inc.(non-profit social service agency) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullins, Coleman R. | 06/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Verizon Wireless Corporation ▨ employment) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CKP Moot Court Competition | February 24-25, 2012 | Miami, FL | Judge 11th Cir. law school moot court competition | transportation, lodging and food |
| 2. | American College of Bankruptcy | March 16-18, 2012 | Washington, D.C. | Annual meeting and educational seminar | transportation, lodging and food |
| 3. | National Association of Bankruptcy Trustees | March 30-31, 2012 | Las Vegas, NV | Panelist for CLE Program | transportation, lodging and food |
| 4. | Advanced Consumer Bankruptcy Practice Institute | April 4-6, 2012 | Indianapolis, IN | Teach trial practice to consumer bankruptcy lawyers | transportation, lodging and food |
| 5. | Turnaround Management Association | June 6, 2012 | Hilton Head, SC | Panelist for CLE program | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mullins, Coleman R.** | 06/25/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | Advanced Consumer Bankruptcy Practice Institute | July 10-11, 2012 | New Orleans, LA | Teach trial practice to consumer bankruptcy lawyers | transportation, lodging and food |
| 7. | National Bar Association | July 16-17, 2012 | Las Vegas, NV | Panelist for CLE program | transportation lodging and food |
| 8. | National Conference of Bankruptcy Clerks | August 7-10, 2012 | San Francisco, CA | Report of the activieties of the National Conference of Bankruptcy Judges | transportation, lodging and food |
| 9. | National Association of Bankruptcy Trustees | September 7-9, 2012 | Colorado, Springs, CO | Panelist for bankruptcy CLE | transportation, lodging and food |
| 10. | Just the Beginning Foundation | September 20-23, 2012 | Chicago, IL | Membership Meeting | lodging |
| 11. | American Bankruptcy Institute | October 4-5, 2012 | Washington, D.C. | Panelist for bankruptcy CLE program | transportation, lodging and food |
| 12. | Advanced Consumer Bankruptcy Practice Institute | October 7-9, 2012 | Pittsburgh, PA | Teach trial practice to consumer bankruptcy lawyers | transportation, lodging and food |
| 13. | National Conference of Bankruptcy Judges | October 24-27, 2012 | San Diego, CA | Annual membership meeting and CLE program | transportation, lodging and food |
| 14. | American Bankruptcy Institute | November 8-9, 2012 | New York, NY | Panelist for bankruptcy CLE program | transportation, lodging and food |
| 15. | American Bankruptcy Institute | November 29-December 1, 2012 | Tucson, AZ | Meeting of board of directors and panelist for CLE program | transportation, lodging and food |
| 16. | National Conference of Bankruptcy Judges | December 11-12, 2012 | Washington, D.C | Visit Chief Justice Roberts as President of the NCBJ | transportation, lodging and food |
| 17. | National Conference of Bankruptcy Judges | December 17-19, 2012 | Aberdeen, MS | Attend retirement program of Judge David Houston | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mullins, Coleman R.** | 06/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | Waiver of fee for seminar and meals | $700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullins, Coleman R. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (money market account) | B | Interest | N | T | Buy (add'l) | 02/29/12 | L | | |
| 2. Bank of America-IRA | A | Interest | K | T | | | | | |
| 3. Fidelity Asset Manager-IRA | D | Dividend | L | T | | | | | |
| 4. Fidelty Low-Priced Stock-IRA | E | Dividend | M | T | | | | | |
| 5. First Energy Corporation | A | Dividend | J | T | | | | | |
| 6. Bank of America-CDs | B | Dividend | J | T | | | | | |
| 7. Associated Federal Credit Union | A | Interest | J | T | | | | | |
| 8. Fidelity (for Verizon Wireless) | A | Interest | K | T | | | | | |
| 9. Suntrust Bank | A | Interest | M | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullins, Coleman R. | 06/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In April of 2012 I merged my Fidelity Income II account into the Fidelity Low Priced Stock account.  The gain in the Bank of America Money Market was a deposit

| Name of Person Reporting | Date of Report |
|---|---|
| Mullins, Coleman R. | 06/25/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Coleman R. Mullins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544